# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

DAVID ARTURO PEREZ-MANCHAME,

        Defendant(s).

2:19-cr-00103-JCM-VCF

**ORDER**

    Before me is the motion for leave to file ex parte affidavit under seal (ECF No. 87). Defendant requests an order to file an ex parte affidavit for records under seal.

    Accordingly, and good cause appearing,

    I ORDER that is the motion for leave to file ex parte affidavit under seal (ECF No. 87) is GRANTED.

    DATED this 19th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE