IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:19-cr-103-JCM-VCF |
|---|---|
| Plaintiff; | **ORDER DIRECTING CLERK OF COURT TO ISSUE SUBPEONA** |
| vs. | |
| DAVID ARTURO PEREZ-MANCHAME, | |
| Defendant. | |

### ORDER

Upon motion of the defendant, pursuant to Federal Rule of Criminal Procedure 17(a), 17(b), and 17(c), and Local Rule of Criminal Procedure 17-L and good cause appearing therefore:

IT IS HEREBY ORDERED that the subpoena for production of papers, documents, data, or other objects as the subpoena designates be issued for the witness set forth below.

IT IS HEREBY FURTHER ORDERED that the witness produce (or permit inspection together with on-site or off-site digital scanning of images), within a reasonable time prior to the death penalty committee meeting, copies of the papers, document; and data the subpoena designates, which is specified in Exhibit A and made part of the same attachment.

The cost of process. fees and expenses for the witnesses so subpoenaed shall be paid as if subpoenaed on behalf of the Government, the Court being satisfied that the Defendant David Perez-Manchame is financially unable to pay the fees and expenses of these witnesses and the presence of these witnesses is necessary to an adequate defense.

IT IS FURTHER ORDERED that the application in this matter are hereby sealed until further order of the Court.

IT IS FURTHER ORDERED that the U.S. Marhsal's shall serve the following witnesses:

//

//

1. Custodian of Records
   US Marshal- District of Nevada
   333 Las Vegas Boulevard S., Suite 2058
   Las Vegas, Nevada 89101

2. Carmela Stalker
   CoreCivic
   2190 E. Mesquite Avenue
   Pahrump, Nevada 89060

Dated: 5-13-2022

_____
UNITED STATES MAGISTRATE JUDGE