SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
MELANEE SMITH
STEVEN J. ROSE
Nevada Bar Number 13575
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
Steven.Rose@usdoj.gov

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section
U.S. Department of Justice
JUSTIN BISH
CHRISTOPHER O. TAYLOR
Trial Attorneys
Violent Crime and Racketeering Section
U.S. Department of Justice
Justin.Bish@usdoj.gov
Christopher.Taylor2@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LUIS REYNALDO REYES-CASTILLO,<br>  a/k/a "Molesto,"<br>DAVID ARTURO PEREZ-MANCHAME,<br>  a/k/a "Walter Melendez,"<br>  a/k/a "Herbi," a/k/a "Catracho,"<br>JOEL VARGAS-ESCOBAR,<br>  a/k/a "Momia," and<br>ALEXANDER DE JESUS FIGUEROA-<br>  TORRES,<br><br>    Defendants. | Case No. 2:19-cr-00103-GMN-MDC<br><br>**Government's Supplement to Motion in Limine at ECF No. 251**[1] |

---

[1] Certification: This supplement is timely filed. *See* ECF No. 275.

On April 2, 2024, the undersigned met and conferred with counsel for each of the defendants regarding the government's Motion in Limine filed under seal at ECF No. 251. During the meeting, counsel for defendants indicated they agreed with, and were opposed to, portions of the government's motion but did not divulge which portions they agreed with or were opposed to. The undersigned has had an opportunity to review the defendants' response to the government's motion in limine and don't oppose their position.

DATED: April 4, 2025

SIGAL CHATTAH
United States Attorney

/s/ Melanee Smith
/s/ Steven Rose
MELANEE SMITH
STEVEN ROSE
Assistant U.S. Attorneys

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section

/s/ Justin Bish
/s/ Christopher Taylor
JUSTIN BISH
CHRISTOPHER TAYLOR
Trial Attorneys
Violent Crime and Racketeering Section
U.S. Department of Justice